UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 18-CR-20151
                                                  Hon. Matthew F. Leitman

v.

D-13 CANAJA DRAKE-GARRETT,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION (ECF #313)

On September 24, 2018, the Court sentenced Defendant Canaja Drake-Garrett to fourteenth months in prison. Ms. Drake-Garrett, acting pro se, has now filed a motion seeking a reduction in her sentence (ECF #313). The Court is not persuaded that it has the authority to grant the relief requested by Ms. Drake-Garrett. But even if the Court did have the discretion to grant the relief, it would not do so. The Court remains satisfied that the sentence it imposed is appropriate. Accordingly, IT IS HEREBY ORDERED that the motion for reduction of sentence is DENIED.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: March 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764